# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

Bridget M. McCormack,
Chief Justice

160785(25)(26)

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement

v

SC: 160785
COA: 350309
Berrien CC: 2015-003423-FC

Megan K. Cavanagh,
Justices

AQUARIUS DEVONTE JOHNSON,
        Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's July 28, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G). The motion to correct trial transcripts is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk

b1019